# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **JULIO GONZALEZ,** §<br>*Plaintiff* §<br>§<br>**v.** §<br>§<br>**FACILITY SOLUTIONS GROUP, INC.** §<br>**and NOVO CONSTRUCTION,** §<br>*Defendants* § | Case No. 1:21-cv-00290-SH |

## O R D E R

Before the Court is the Joint Agreed Stipulation of Dismissal, filed July 25, 2022 (Dkt. 32).

The parties have informed the Court that they have reached a resolution of the claims in this suit and seek dismissal of Plaintiff's claims against Defendants with prejudice. Accordingly, the Court **GRANTS** the Joint Agreed Stipulation of Dismissal. The Court will enter a Final Judgment in a separate order.

**SIGNED** on July 26, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE