UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JULIO GONZALEZ,** <br> *Plaintiff* <br><br> **v.** <br><br> **FACILITY SOLUTIONS GROUP, INC.** <br> **and NOVO CONSTRUCTION,** <br> *Defendants* | § § § § § § § § <br><br> Case No. 1:21-cv-00290-SH |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court granted the Joint Agreed Stipulation of Dismissal (Dkt. 32) and dismissed Plaintiff's claims against Defendants with prejudice.

Accordingly, the Court renders this Final Judgment pursuant to Federal Rule of Civil Procedure 58. The parties will bear their own attorney fees, expenses, and costs of court.

**IT IS HEREBY ORDERED** that that all settings are **CANCELED** and the case is **CLOSED**.

**SIGNED** on July 26, 2022.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE